# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162224(48)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CEDRICK DEANDRE CARR,
      Defendant-Appellant.
_____/

SC: 162224
COA: 348119
Macomb CC: 2018-000269-FC

On order of the Chief Justice, the motion of defendant-appellant to waive the filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk